IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
S.P., a minor, and A.F., a    )
minor, who sue by and         )
through their parents,        )
legal representatives and     )
next friends Andrew Finley    )
and Chantel Latreece          )
Presley, his wife; et al.,    )
                              )
     Plaintiffs,              )
                              )     CIVIL ACTION NO.
     v.                       )       2:20cv995-MHT
                              )           (WO)
ERIN THOMPSON SPINKS; and     )
STATE FARM AUTOMOBILE         )
INSURANCE COMPANY,            )
                              )
     Defendants.              )
```

ORDER

A proposed settlement has been reached in this lawsuit involving two minor plaintiffs and two adult plaintiffs. The court held a conference call today to discuss the appointment of a guardian ad litem for the minor plaintiffs. The settlement is based on the policy limits of two insurance policies, which the parties agree are unfortunately low given the injuries suffered, particularly by minor plaintiff S.P. Because

the settlement creates a potential conflict between the two minor plaintiffs, the court determined that the children should have different guardians ad litem. Accordingly, and based on the representations made on the record today, it is ORDERED as follows:

(1) Karen Laneaux, Esq., P.O. Box 686, Montgomery, Alabama, 36101, 334.269.5930, kmastin@bellsouth.net, is appointed as guardian ad litem to represent the minor S.P.

(2) Vonda Kay Bonham, Esq., P.O. Box 2224, Selma, Alabama, 36702, 334.872.7589, vondakaylaw@gmail.com, is appointed as guardian ad litem to represent the minor A.F.

(3) By agreement of the parties, defendant Erin Thompson Spinks is to pay the attorney's fees and expenses of the guardians ad litem, with those fees and expenses not to be subtracted from the amount of the proposed settlements.

(4) The clerk of the court is to arrange for the guardians ad litem each to receive a copy of the file in this case.

(5) An on-the-record fairness hearing on the proposed settlement is set for July 2, 2021, at 7:45 a.m. The courtroom deputy shall arrange for the hearing to take place by videoconference. Counsel for all parties, the minor's parents, and the guardians ad litem are to be available for the hearing.

(6) On or before noon on June 30, 2021, the guardians ad litem are each to file, under seal, their report as to whether and, if so, why the court should approve the proposed settlement for the minor.

DONE, this the 10th day of June, 2021.

                           /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**